**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Civil Case Number:**_____

David Ardoi-Csoma
_____
(Write the full name of the plaintiff)

FILED BY ___ D.C.

JAN 29 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. LAUD.

VS.

FORT LAUDERDALE POLICE DEPT
COCONUT CREEK POLICE DEPT
NBC 6 NEWS MIAMI
ROSSEN LAW FIRM
_____
(Write the full name of the defendant/s in this case)

**COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**I. Party Information**

A.   Plaintiff: David Ardoi-Csoma_____

Address: 1821 Lyons Rd Coconut Creek FL APT 208

Inmate/Prison No.:_____

*Year* of Birth: 07-11-1992 **(Do not include day or month, pursuant to Fed. R. Civ. P 5.2)**

(Write your name, address and prison/inmate number, if applicable)

VS.

B.   Defendant: FORT LAUDERDALE POLICE DEPT Defendant: ROSERIC DEL VALLE

Official Position:_____   Official Position:_____

Place of Employment:_____   Place of Employment:_____

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

## II. Statement of Claim

Briefly describe the facts of your case. Describe how each defendant is involved, names of other persons involved, and dates and places. Each claim should be stated in a separately numbered paragraph. Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted. Do not include legal arguments or cite cases or statutes.

Attach additional pages, if necessary.

See attached

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do). Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

$ $0,000,000

An Apology letter

## IV. Jury Demand

Statement of Claim

1. False Arrest – Arrest without probable cause, not informed of any charges, no miranda rights in the driveway on private property.  Case#25005919CF10A.

2. Failure to Render Aid – Did not get adequate medical care for head injuries.

3. Police Brutality/ Excessive force – While severely injured, Officers pointed firearms at me, I did not present a threat and was not armed. Unreasonable and Unnecessary force. Sent a helicopter.

4. Unlawful Search and Seizure – Police broke into bedroom without warrant. My ID, Social, bank card, passport, wallet, money, computers, electronics, clothes, personal property were stolen. My mail was took to identify me.

5. Perjury / Malicious Abuse of Process – Police report contains false statements, and not signed by arresting officer. Ft Lauderdale Police issue Risk Protection Order based on prostitutes statements.

6. Negligence – Injuries were not mentioned in the police report. The incident was not investigated.

7. Pain and Suffering – Physical- I was forced to live with my injuries. Emotional - The news made defamatory statements. Financial -  I lost my job and was not able to work.

8. Denied Fair Trial / Due Process –. A third party hired an attorney to represent me without my consent. I never got a chance to speak to a Judge or Magistrate.

9. Discrimination/ Punitive damages – Officer made the statement "We got him just like we want him". Slandering information was put on the news.

10. Defamation of Character – There was a news broadcast stating "I was mentally ill" going to a Marjory Stoneman Douglas high School Shooting rally with a tactical vest and making explosives with a magic marker in elementary school.

11. Human Rights Violation and Terrorism – The fact a helicopter was used and the event made the news is far too serious. All my clothes were stolen leaving me naked.

12. Conspiracy – The fact information about me is on the news, after I was arrested, before I was identified, shows premeditation and/or record keeping. This was intentional.

https://www.nbcmiami.com/video/on-air/as-seen-on/man-accused-of-shooting-roommate-violated-risk-protection-order/3621955/


13. Destruction of Evidence – There are eight security cameras on the property.
The entire incident was recorded on the DVR locked in the room.
A public Records request for arrest tapes submitted Jan 5th USPS# 9589071052703123783048.
No response as of 01-28.

On May 21st approximately 10PM at 1541 NW 15th TER I David Ardoi-Csoma was on my property. Franklin Byrom was in his room and nobody else was present on the property. I was attacked by multiple people and left unconscious for an unknown period of time. Franklin called 911 for an ambulance as he witnessed the event. I was then arrested at gunpoint in my driveway. BSO told me I'm on an illegal immigration hold. I was placed solitary confinement without charges and held at an unknown location for 38 days. The relief requested is appropriate for the injuries sustained, false arrest, destruction of my property, and much more. As of Today JAN28th I have no criminal record verified by calling the clerk of courts. Nils friburg witnessed the discriminatory statement made by the officer. "we got him just like we want him", and witnessed my injuries. The Rossen Law firm represented me, a third party appointed this firm. I received an email from this firm stating they represented me in court. I was not served, I did not authorize this firm to represent me.

Mailed to ACLU 10-16 usps# 9589071052703123800110
Mailed to Tallahassee 01-08 usps# 9589071052700366624633
01-09 usps# 9589071052703123783048
FOIA FLPD Internal Affairs and NOTICE usps# 9589071052703123783062
Phone contact ACLU  email 01-26
Contacted Department of Justice 01-04

The relief quested should be granted for the following reasons:

1. The 38 days of unnecessary inhumane torture.
2. The physical damages caused by refusing to render aid and while in custody
3. The emotional damage done. A traumatizing terroristic act.
4. My personal property was stolen because the door was broken in, many items I own throughout my entire life, such as my Holy Bible, rare coins, and more. These are irreplaceable.
5. An officer made a specific statement that clearly shows malice intent.
6. The time stolen from my life.
7. The damage caused to the people in the community as a whole.

Are you demanding a jury trial? _X_ Yes _____ No

Signed this ___29th___ day of ___January___, 20_26_

_____
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: ___January 29th 2026___

_____
Signature of Plaintiff